# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Michael Talamantes, Jr., | CASE NO. 1:07-cv-00789-OWW-NEW (PC) |
| Plaintiff, | |
| v. | **ORDER REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS AND DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION** |
| Pleasant Valley State Prison, | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a motion seeking leave to proceed in forma pauperis by a prisoner on March 30, 2007. On June 7, 2007, plaintiff filed a notice of change of address. In light of the fact that plaintiff is no longer in custody, it is HEREBY ORDERED that:

1. The Clerk's Office shall send plaintiff a regular civil in forma pauperis application;

2. Within **thirty (30) days** from the date of service of this order, plaintiff shall either file a completed regular civil in forma pauperis application or pay the $350.00 filing fee in full; and

3. The failure to obey this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:  June 13, 2007         /s/ Dennis L. Beck
                              UNITED STATES MAGISTRATE JUDGE

-1-

Dockets.Justia.com